# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

                              Plaintiff,

-vs-                                                              Case No. 3:21-CR-61

WILLIAM HITCHINGS V,

                              Defendant.

---

## ORDER REGARDING MENTAL STATUS EVALUATION

---

This case is before the Court upon the May 14, 2021, report of Cynthia A. Low, Ph.D., Forensic Unit Psychologist, to whom Defendant was referred  for an examination and evaluation pursuant to title 18 U.S.C. §4241.  Copies of the report were provided to Counsel.

At the competency hearing on June 24, 2021, Counsel for the Defendant and Government acknowledged receiving the report of Dr. Low, and stipulated to the ultimate finding of competency contained in said report which was marked as Court Exhibit 1.  No further evidence was presented.

Therefore, based upon the stipulation of Counsel, and the opinion of Dr. Low contained in the forensic report, filed under seal with this Court on June 24, 2021, the Court FINDS the Defendant, William Hitchings, V,  competent to stand trial.

**DONE and ORDERED** in Dayton, Ohio, this 29th day of June, 2021.

                              THOMAS M. ROSE, JUDGE
                              UNITED STATES DISTRICT COURT