IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **3:21-CR-61** |
| Plaintiff, | : | **JUDGE THOMA M. ROSE** |
| v. | : | |
| **WILLIAM SYDNEY HITCHINGS V**, | : | **MOTION TO UNSEAL CASE FROM INDICTMENT (R. 21) FORWARD** |
| Defendant. | : | |

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed from the Indictment (R. 21) forward. Undersigned counsel has conferred with counsel for the defendant and he does not object to this request.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Christina Mahy
CHRISTINA MAHY (OR0092671)
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Christina.mahy@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing Motion was electronically filed

defense counsel this 14th day of June, 2022.

s/Christina Mahy
CHRISTINA MAHY (OR0092671)
Assistant United States Attorney