IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-CR-061 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| WILLIAM S. HITCHINGS, V. | : | **DEFENDANT WILLIAM H. HITCHINGS' MOTION TO CONTINUE TRIAL DATE** |
| Defendant. | : | |

    Now comes the Defendant, William S. Hitchings, by and through counsel, and respectfully moves the Court to continue the trial date in this matter. As grounds for this motion, the Defendant states that his counsel requires additional time to prepare for trial and to complete plea negotiations with the Government. Counsel for the United States does not oppose this motion.

    Accordingly, the Defendant respectfully requests that the Court make an ends of justice finding and grant a continuance of the trial date in this matter.

REVIEWED AND APPROVED:

_____
William S. Hitchings, V

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 N. Main Street, Suite 400
Dayton, OH 45402-1908
PHONE: (937) 250-7783
FAX: (937) 223-6339
E-MAIL: jpf@biesergreer.com

***Attorney for Defendant, William S. Hitchings, V***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of July, 2022, I filed the foregoing motion with the Clerk of the United States District Court for the Southern District of Ohio by way of the CM/ECF electronic filing system which will send notification to all parties of record.

/s/ James P. Fleisher
James P. Fleisher (0059509)

2900.221028.
4863-1674-6023, v. 1

