**PLEA ON INDICTMENT**      Date: **7/11/2022**

CASE CAPTION: **USA v. William Hitchings, V**      CASE NUMBER: **3:21-cr-61**

Pltf's Attorney: **Nick Dingeldein for Christina Mahy**   Deft's. Attorney: **James Fleisher**

| | |
|---|---|
| **X** | Defendant appeared with counsel. |
| | Interpreter __ appeared and sworn. |
| **X** | Defendant sentencing guidelines range discussed and Defendant states she understood possible sentence. |
| **X** | Guideline levels states as Level **34//1**. |
| **X** | Defendant's constitutional rights explained and Defendant stated she understood rights. |
| **X** | Defendant waived constitutional rights. |
| **X** | Plea agreement **stipulated to, each page initialed, and document signed by both counsel and the defendant**. |
| **X** | Plea agreement accepted by Court and made a permanent part of the record. |
| **X** | Statement of Facts summarization read into record by **AUSA**. |
| **X** | Defendant acknowledged accuracy of Statement of Facts including summarization. |
| **X** | Defendant entered pleas of **guilty** to Count(s) **3**. |
| **X** | Plea accepted and made a permanent part of the record. |
| **X** | Defendant referred to Probation Department for Presentence Investigation (PSI). |
| | Other: |
| | Bond Conditions: |
| **X** | Other: **Sentencing is set for Friday, November 18, 2022 at 9:30 AM** |

COURT REPORTER:  **Mary Schweinhagen**       CONVENE: **1:40 pm**

DEPUTY CLERK:  **Liz Penski**        RECESS: **2:20 pm**