IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | : | CAE NO. 3:21-cr-061 |
|---|---|---|
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| WILLIAM S. HITCHINGS | : | |
| Defendant. | : | |

**ENTRY ALLOWING DR. SCOTT BRESLER TO VISIT DEFENDANT**

It is the Order of this Court that the Butler County Jail allow Dr. Scott Bresler and his assistant, Rachel Wolen, to visit Defendant William S. Hitchings for purposes of interviewing Defendant and completing an evaluation. Said visit is set to take place on Sunday, November 13, 2022, between the hours of 9:00 a.m. and 5:00 p.m. The officials at the Butler County Jail are to do all within their power to facilitate this evaluation.

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
United States Marshal
Butler County Jail

2900.221028
4871-8374-1757, v. 1