IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-cr-061 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| | | MOTION FOR AN ORDER ALLOWING |
| WILLIAM S. HITCHINGS | : | DR. SCOTT BRESLER TO VISIT |
| | | DEFENDANT, WILLIAM HITCHINGS |
| Defendant. | : | |

Now comes the Defendant, William Hitchings, by and through counsel, and hereby moves the Court for an Entry permitting Dr. Scott Bresler and his assistant, Rachel Wolen, to visit Defendant at the Butler County Jail for the purpose of interviewing Defendant and completing a mental health evaluation. Said visit is to take place on Sunday, December 11, 2022 between 11:00 a.m. and 6:00 p.m. The Butler County jail refused Dr. Bresler's entry on November 13, 2022.

An Entry is submitted for the Court's convenience.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE: (937) 250-7783
FAX: (937) 223-6339
E-MAIL: jpf@biesergreer.com

*Attorney for Defendant, William S. Hitchings*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th of November, 2022, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system.

/s/ James P. Fleisher
JAMES P. FLEISHER

2900.221028.1
4873-3743-6223, v. 1