IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:21-cr-061 |
| Plaintiff, | : | (Judge Thomas M. Rose) |
| v. | : | |
| WILLIAM S. HITCHINGS | : | DEFENDANT'S MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL |
| Defendant. | : | |

Now comes the Defendant, William S. Hitchings, by and through counsel, and moves the Court to order that the Defendant's Sentencing Memorandum be placed under seal. The Sentencing Memorandum contains references to the Clinical Forensic Psychological Assessment of Dr. Scott Bresler and contains personal medical and other sensitive information concerning Mr. Hitchings related to his Final Presentence Report. The Assistant United States Attorney has not yet indicated whether there is an objection to the filing of this Sentencing Memorandum under seal.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE: (937) 250-7783
FAX: (937) 223-6339
E-MAIL: jpf@biesergreer.com

**Attorney for Defendant, William S. Hitchings**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2023, I filed the foregoing document with the Clerk of Courts, United States District Court, Southern District of Ohio, by way of the Court's CM/ECF system.

/s/ James P. Fleisher
JAMES P. FLEISHER

2900.221028.
4874-7302-5362, v. 1