SENTENCING:      DATE: __3/8/2023__

CASE CAPTION: __USA v. William Hitchings__     CASE NUMBER: __3:21-cr-61__

Pltfs. Attorney: __Christina Mahy__     Defts. Attorney: __Jim Fleisher__

| | |
|---|---|
| __X__ | Defendant appeared with Counsel. |
| | Interpreter _____ appeared by telephone |
| __X__ | Defendant remanded to the custody of the Attorney General/Bureau of Prisons of the United States for: _____ |
| __X__ | Fined $ __0.00__. |
| __X__ | Restitution in the amount of $ __66,000__    * See Agreed Order |
| __X__ | $ __100__ Special Assessment/Victims Crime Fund |
| __X__ | Special Assessment to be paid immediately. |
| __X__ | Forfeiture of Property. |
| __X__ | __Lifetime__ Year(s) Supervised Release |
| __X__ | Conditions of supervised release: |

      __X__    Follow the rules and regulations of the Probation Department

      __X__    Defendant must report to supervising agency within 72 hours of release from institution.

      __X__    Defendant must not commit any crimes, either federal, state or local.

      __X__    Defendant must not own, possess, or traffic in any firearm or dangerous weapon.

      __X__    Defendant must not possess, use, or traffic in any controlled substance.

      __X__    Defendant must make himself available for substance abuse testing and or treatment if requested by supervising agency.

      __X__    Defendant shall cooperate in the collection of DNA as required by statute.

| | |
|---|---|
| __X__ | Recommendations to the Bureau of Prisons: __The Court recommends that the defendant be accorded all allowable presentence credit for time spent incarcerated on said offense. Be incarcerated at a facility with Intensive Sexual Offender Program as close to the Dayton, Ohio area consistent with his security status. Mental Health treatment to include counseling. If eligible be allowed to enroll and participate in RDAP or in the alternative any available substance abuse treatment.__ |
| | Other: _____ |
| | Voluntary surrender |
| | Taken into custody |
| __X__ | Defendant remanded to custody of the U.S. Marshal |
| __X__ | Defendant's rights of appeal explained and understood |

COURT REPORTER __Mary Schweinhagen__      CONVENED: __1:45 pm__

DEPUTY CLERK: __Liz Penski__      RECESSED: __2:45 pm__