IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-61 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| WILLIAM SIDNEY HITCHINGS V, | : | |
| Defendant. | : | |

## **AGREED ORDER**

This matter comes before this Honorable Court upon the Government's request for restitution on behalf of the following minor victims (collectively "the Minor Victims") portrayed in the following series of images (collectively "the Known Series"):

- Victim "April" of the "Aprilblonde" series
- Victim "Chelsea" of the "2crazygurls" series
- Victim "Maria" of the "Best Necklace" series
- Victim "Sarah" of the "Marineland1" series
- Victim "Solomon" of the "J_blonde" series
- Victim "Cara" of the "MotorCouch1" series
- Victim "Violet" of the "At School" series
- Victim "Lily" of the "Vicky" series
- Victim "Jessy" of the "Surfer Hair" series
- Victim "Kauzie" of the "RapJersey" series
- Victims "John Doe I", "John Doe II", "John Doe III", "John Doe IV", and "John Doe V" of the "8kids" series
- Victim "Jane" of the "CinderBlockBlue" series
- Victim "Jordan" of the "BluesPlaid4" series
- Victim "Jenny" of the "Jenny" series
- Victim "Pia" of the "SweetWhiteSugar" series
- Victim "Jack" of the "Rap 72" series
- Victim "Maureen" of the "Lighthouse1" series
- Victim "Cindy" of the "Cindy" series

The images of the Minor Victims were unlawfully possessed by defendant **WILLIAM**

1

SIDNEY HITCHINGS V, in violation of 18 United States Code, Section 2252 (a)(4)(B) and (b)(2).

The United States and the defendant, **WILLIAM SIDNEY HITCHINGS V**, have reached a stipulated agreement pursuant to Title 18, United States Code, Section 2259 which requires the Court to impose restitution for any offense committed under Chapter 110, which applies to the conviction of possession of child pornography. There is no factual dispute between the parties that the defendant **WILLIAM SIDNEY HITCHINGS V** possessed at least one image of child pornography depicting the Minor Victims in the Known Series.

The parties further agree and stipulate that the said victims seeking restitution in this case legally qualify as victims as defined in Section 2259, that is, an individual "harmed as a result of a commission of a crime under this chapter [the Sexual Exploitation and Other Abuse of Children Chapter of Title 18]." *See* 18 U.S.C. § 2259(c).

**IT IS THEREFORE AGREED** by and between the parties that defendant **WILLIAM SIDNEY HITCHINGS V**, is deemed liable for a portion of the total harm/losses suffered by the said Minor Victims in the Known Series. Accordingly, defendant **WILLIAM SIDNEY HITCHINGS V** agrees to pay a total of $66,000 as restitution to said victims identified above in the Known Series, in the following specified amounts:

|    | Victim  | Series        | Amount  | Addressed to/ Care of                                         | Mailing Address                                        |
|----|---------|---------------|---------|---------------------------------------------------------------|--------------------------------------------------------|
| 1. | April   | Aprilblonde   | $3,000  | Restore the Child in Trust for April                          | 2522 N. Proctor St., Ste. 85, Tacoma, Washington 98406 |
| 2. | Chelsea | 2crazygurls   | $3,000  | Restore the Child in Trust for Chelsea                        | 2522 N. Proctor St., Ste. 85, Tacoma, Washington 98406 |
| 3. | Maria   | Best Necklace | $3,000  | Carol L. Hepburn in trust for Maria of the Best Necklace series | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127    |

| | | | | | |
|---|---|---|---|---|---|
| 4. | Sarah | Marineland1 | $3,000 | Carol L. Hepburn in trust for Sarah | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127 |
| 5. | Solomon | J_blonde | $3,000 | Carol L. Hepburn in trust for Solomon | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127 |
| 6. | Cara | MotorCouch1 | $3,000 | Carol L. Hepburn in trust for Cara | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127 |
| 7. | Violet | At School | $3,000 | Carol L. Hepburn in trust for Violet | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127 |
| 8. | Lily | Vicky | $3,000 | Carol L. Hepburn in trust for Lily | Carol L. Hepburn, PO Box 17718, Seattle, WA 98127 |
| 9. | Jessy | Surfer Hair | $3,000 | Deborah A. Bianco, in trust for Jessy | Deborah A. Bianco, PO Box 6503 Bellevue, WA 98008 |
| 10. | Kauzie | RapJersey | $3,000 | Deborah A. Bianco, in trust for Kauzie | Deborah A. Bianco, PO Box 6503 Bellevue, WA 98008 |
| 11. | John Doe I | 8kids | $3,000 | Tanya Hankins in trust for the 8 kids series | Tanya Hankins, PO Box 1091, Tacoma, Washington 98401 |
| 12. | John Doe II | 8kids | $3,000 | Tanya Hankins in trust for the 8 kids series | Tanya Hankins, PO Box 1091, Tacoma, Washington 98401 |
| 13. | John Doe III | 8kids | $3,000 | Tanya Hankins in trust for the 8 kids series | Tanya Hankins, PO Box 1091, Tacoma, Washington 98401 |
| 14. | John Doe IV | 8kids | $3,000 | Tanya Hankins in trust for the 8 kids series | Tanya Hankins, PO Box 1091, Tacoma, Washington 98401 |
| 15. | John Doe V | 8kids | $3,000 | Tanya Hankins in trust for the 8 kids series | Tanya Hankins, PO Box 1091, Tacoma, Washington 98401 |
| 16. | Jane | CinderBlockBlue | $3,000 | Marsh Law Firm PLLC in trust for Jane. Checks should include the defendant's name in the memo line. | Marsh Law Firm PLLC, ATTN: Jane, PO Box 4668 #65135, New York, NY 10163-4668 |
| 17. | Jordan | BluesPlaid4 | $3,000 | Marsh Law Firm PLLC in trust for Jordan. | Marsh Law Firm PLLC, ATTN: Jordan, PO Box 4668 #65135, |

|     |         |                  |         | Checks should include the defendant's name in the memo line. | New York, NY 10163-4668 |
| --- | ------- | ---------------- | ------- | ------------------------------------------------------------ | ----------------------- |
| 18. | Jenny   | Jenny            | $3,000  | Marsh Law Firm PLLC in trust for Jenny. Checks should include the defendant's name in the memo line. | Marsh Law Firm PLLC, ATTN: Jenny, PO Box 4668 #65135, New York, NY 10163-4668 |
| 19. | Pia     | SweetWhiteSugar  | $3,000  | Deborah A. Bianco, in trust for Pia | Deborah A. Bianco, PO Bo 6503 Bellevue, WA 98008. |
| 20. | Jack    | Rap 72           | $3,000  | Deborah A. Bianco, in trust for Jack | Deborah A. Bianco, PO Bo 6503 Bellevue, WA 98008. |
| 21. | Maureen | Lighthouse1      | $3,000  | Deborah A. Bianco, in trust for Maureen | Deborah A. Bianco, PO Bo 6503 Bellevue, WA 98008. |
| 22. | Cindy   | Cindy            | $3,000  | Cusack & Gilfillian LLC for Cindy | Thomas M. Watson, Cusack & Gilfillan, LLC, 411 Hamilton Blvd., Suite 1510, Peoria, IL 61602 |

Restitution shall be paid to the Clerk of the United States District Court for the Southern District of Ohio, and shall thereafter be distributed to the respective victims through their counsel and/or representative.

The specific payment details will be set forth by the Court in the Judgment and Commitment Order.

IT IS SO ORDERED.

_____
JUDGE THOMAS M. ROSE
UNITED STATES DISTRICT COURT

**REVIEWED AND AGREED TO BY:**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Christina Mahy*
CHRISTINA MAHY (0092671)
Assistant United States Attorney


*/s/ William Sidney Hitchings V*
WILLIAM SIDNEY HITCHINGS V
Defendant

*/s/ James P. Fleisher*
JAMES P. FLEISHER, ESQ.
Counsel for Defendant WILLIAM SIDNEY HITCHINGS V