IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA, | : | CASE NO. 3:21-CR-061 |
|---|---|---|
| Plaintiff, | : | (Judge Thomas M. Rose) |
| vs. | : | NOTICE OF APPEAL |
| WILLIAM S. HITCHINGS, | : | |
| Defendant. | : | |

Notice if given that William S. Hitchings hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on March 09, 2023 (Doc.Number 63). The Defendant-Appellant is indigent, and has had CJA counsel appointed at the trial level. He requests the appointment of substitute CJA counsel to pursue his appeal.

Respectfully submitted,

/s/ James P. Fleisher
James P. Fleisher (Atty. Reg. No. 0059509)
BIESER, GREER & LANDIS, LLP
6 North Main Street, Suite 400
Dayton, OH 45402-1908
PHONE: (937) 250-7783
FAX: (937) 223-6339
E-MAIL: jpf@biesergreer.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of March, 2023, I electronically filed the foregoing document with the Clerk of Courts by way of the Court's electronic filing system which will send notification to all parties of record.

/s/ James P. Fleisher
JAMES P. FLEISHER (#0059509)

2900.221128.\ 887741.1