# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 30, 2023

Mr. James Patrick Fleisher
Bieser, Greer & Landis
6 N. Main Street
Suite 400 National City Center
Dayton, OH 45402-0000

   Re:  Case No. 23-3265, *USA v. William Hitchings, V*
       Originating Case No.: 3:21-cr-00061-1

Dear Counsel,

 This appeal has been docketed as case number **23-3265** with the caption that is enclosed on a separate page.

 Even if the defendant filed the notice of appeal, Sixth Circuit Rule 12(c)(1) requires that counsel continue representation on appeal until specifically relieved by this Court.  If a convicted defendant did not qualify to proceed in forma pauperis in the district court but appears to qualify on appeal, Sixth Circuit Rule 24 requires that "trial counsel must see that the defendant completes CJA Form 23 (for an incarcerated defendant) or Fed. R. App. P. Form 4 (for a defendant not incarcerated) and files it in the district court."  Counsel's failure to act in this situation may result in adverse action from this court.

 As defendant's trial counsel, your appointment under the Criminal Justice Act is extended automatically pursuant to Sixth Circuit Rule 12(c)(2). **This letter serves as your authorization to order any transcript which you deem necessary for the appeal.**

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following forms should be downloaded from the website and filed with the Clerk's office by **April 13, 2023**.  **Additionally, the transcript order must be**

**completed by that date**.  For further information and instructions on ordering transcript electronically, please visit the court's website.

    Appellant: Appearance of Counsel
          Application for Admission to 6th Circuit Bar (if applicable)

    Appellee: Appearance of Counsel
          Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  These deadlines are important -- if the initial forms are not timely filed, the appeal will be dismissed for want of prosecution.

  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

           Sincerely,

           s/Antoinette  Macon
           Case Manager
           Direct Dial No. 513-564-7015

cc:  Ms. Christina Elizabeth Mahy

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3265

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

WILLIAM SIDNEY HITCHINGS, V

        Defendant - Appellant