Case No. 23-3265

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM SIDNEY HITCHINGS, V

    Defendant - Appellant

Upon consideration of the motion of James Patrick Fleisher to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                         **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: April 17, 2023

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 04/17/2023.

**Case Name:** USA v. William Hitchings, V
**Case Number:** 23-3265

**Docket Text:**
ORDER filed granting motion to withdraw James Patrick Fleisher as counsel for William Sidney Hitchings, V [6977331-2]. New CJA counsel will be appointed for appellant under the Criminal Justice Act.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

William Sidney Hitchings V
Butler County Jail
705 Hanover Street
Hamilton, OH 45011

**A copy of this notice will be issued to:**

Mr. James Patrick Fleisher
Ms. Christina Elizabeth Mahy
Mr. Richard W. Nagel