**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cr-00061 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| WILLIAM SIDNEY HITCHINGS V, | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I certify that, pursuant to 21 U.S.C. § 853(n), Fed. R. Crim. P. 32.2(b)(6), and Supplemental Rule G(4)(b), the United States sent direct written notice of the forfeiture by regular and certified mail with a copy of the Preliminary Order of Forfeiture to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding, including Ryan Westendorf, as evidenced by Exhibit 1.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Christina E. Mahy
CHRISTINA E. MAHY   (0092671)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
christina.mahy@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, a copy of the foregoing Certificate of Service was filed with the Court's electronic filing system (CM/ECF), which will send electronic notification of such filing to all parties represented by attorneys who are registered CM/ECF users.

                                        s/Christina E. Mahy
                                        CHRISTINA E. MAHY   (0092671)
                                        Assistant United States Attorney