

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*Federal Building*     *Telephone 937-225-2910*
*200 West Second Street, Suite 600*     *Fax 937-225-2564*
*Dayton, Ohio 45402*

March 8, 2023

<u>VIA CERTIFIED MAIL/RETURN RECEIPT</u>
<u>& Regular U.S. Mail</u>

Ryan Westendorf
████████
Troy, OH ████

    Re:     Notice of Third-Party Petitioner Procedures for Property Forfeited in *United States v. William Sidney Hitchings V*, Case No. 3:21-CR-061

               Deadline for Filing a Third-Party Petition: **<u>Thirty (30) Days from Your Receipt of This Notice</u>**

To Whom It May Concern:

    The United States District Court for the Southern District of Ohio has ordered that certain property be forfeited to the United States. The enclosed Preliminary Order of Forfeiture and Notice of Forfeiture further describe the property subject to forfeiture (the "subject property") and the procedure for filing a petition with the court for a hearing to adjudicate the validity of any alleged interest in the subject property.

    You are hereby given notice of the forfeiture of the subject property and of your right to assert an interest in the property. This Notice is intended only to inform you of your rights. Receipt of this Notice in no way is intended to imply that the United States believes you have a valid interest in the subject property.

    The procedure for filing a petition is set forth more fully in 21 U.S.C. § 853(n). Under 21 U.S.C. § 853(n)(2), any person, other than the defendant, asserting a legal interest in the subject property, who wishes to contest the forfeiture of the property must, <u>within thirty (30) days of receipt of this letter</u>, file a petition in the United States District Court for the Southern District of Ohio for a hearing to adjudicate the validity of the alleged legal interest in the subject property.

**Exhibit 1**

Any petition filed by a third party shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property; any additional facts supporting the petitioner's claim; and the relief sought.

Your petition must be filed under the above case name and number in the United States District Court for the Southern District of Ohio, with a copy to the undersigned attorney for the United States. The address of the Clerk, with whom you must file any petition, and the address of my office, to which you must send to my attention a copy of anything you file with the Clerk, appear in the enclosed Notice of Forfeiture.

Very truly yours,

KENNETH L. PARKER
United States Attorney

*Christina Mahy/jjf*

Christina Mahy
Assistant United States Attorney

CM/jjf

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-cr-061 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| WILLIAM SIDNEY HITCHINGS V, | : | |
| Defendant. | : | |

### NOTICE OF FORFEITURE

Notice is hereby given that on August 10, 2022, in the above case name and number, the United States District Court for the Southern District of Ohio entered an Order, under 18 U.S.C. § 2253(a)(1) and (3), condemning and forfeiting the following (hereinafter the "subject property"):

1) Thinkpad Laptop Base S/N: PC-08FCJQ with Micro SD San Disk Ultra 64GB S/N: 2414DGZ470MS;

2) Motorola motoZ3, IMEI: 3555 5009 5208 307 64 GB Internal, 197 GB Portable;

3) ONN thumb drive ONA19DS004;

4) One Toshiba Disk Drive SN: Y4FMT8HLT OOA HDKGB13TSA01T with metal hardware;

5) iOmega Network Storage Device S/N: CED2490791;

6) Google Home Device Model H1A with Power Cord;

7) WD SATA Drive, Model: WD5000AAKX-60U6AA0, S/N: WCC2EAHA3386, Capacity: 500GB;

8) WD SATA Drive, Model: WD10EURX-73FH1Y0 S/N: WCC1U0988844 Capacity: 1.0 TB;

9) WD SATA Drive, Model: WD10EURS-630AB1 S/N: WCAV5V692091;

10) WD SATA Drive, WD10EFRX-68PJCN0 S/N: WCC4J1133404 Capacity: 1 TB;

11) Four (4) Thumb drives: one Lexar 32GB thumb drive; one Lexar 32 GB thumb drive; one red in color thumb drive; one SanDisk Ultra 32 GB thumb drive;

12) Seagate Backup Plus 1TB hard drive S/N: NA9M29DL with blue cord;

13) LG-V521 Gold in color with nano SIM and micro SD card inside;

14) WD Purple WD40PURX hard drive 4 TB S/N: WCC4E1LH1KSC;

15) 32 GB micro SD card Gigastone;

16) Thirteen (13) SD cards and three (3) San Disc Adapters;

17) Fourteen (14) USB drives;

18) Black and Blue Datto Atto 3 S/N: G181000005131;

19) Black Lenovo laptop IMEI: 351826060094854 Serial PF-02XP8C14-07 with cord;

20) HP Pavilion 21 Touchsmart All-in-One PC, Model 21- h116 S/N: 5CM42201RG and power cord;

21) 500 GB Western Digital HOD Encryped Model: WD5000AAKX S/N: WCC2EPF07816;

22) Lenovo Think Pad, Model T480 S/N: PF-1KAAGT, containing a Micro SanDisk SD card, S/N: 6041DLETV14A;

23) Orico External Hard Drive Enclosure Model: NS800C3; containing seven HDD; connected to Lenovo Laptop;

24) Zotac Mini PC Model ZBOX-CA320NANO-P S/N: G143300002045;

25) Synology Disk Station Model D5111 S/N: B7H3N01107;

26) Synology Disk Station Model D5111 S/N: B1H3N00531;

27) HP Computer S/N: 2UA5350BD6;

28) Buffalo Terastation PN Model TS-R12.0TGL/R5 S/N: 95823691100022;

29) Hikvision DS-7608NI-E2/8P S/N: 560193751;

30) IBM System Storage (Model: XSC20083D) SN/1D: A1077RO;

31) HP PROLIANT DL360 G7, S/N: MXQ03201YT;

32) HPAJ941A server S/N: CN8037P044;

33) HPAJ941A server S/N: 7CE345P00T;

34) HPAJ941A server S/N: 7CE538P1XL;

35) HPAJ941A server S/N: CN8120P11S; and

36) HP Blue Iris server S/N: USE211Y62A.

The United States gives notice of its intent to forfeit any right, title, or interest in the subject property and to dispose of the property in such manner as the Attorney General may direct. Any person claiming a legal right, title, or interest in the forfeited property must file a petition, pursuant to 21 U.S.C. § 853(n), within thirty (30) days of receipt of this notice, requesting a hearing to adjudicate the validity of his/her alleged interest in the property. If a hearing is requested, it shall be held before the Court alone, without a jury. Petitioners will bear the burden of proof in all such cases. Petitions that fail to allege an interest sufficient to maintain a claim under 21 U.S.C. § 853(n) shall be subject to dismissal without a hearing.

The petition shall be signed by the petitioner under penalty of perjury and shall identify the property in which the petitioner claims a legal right, title or interest; the nature and extent of the right, title or interest in the property; the time and circumstances of the petitioner's acquisition of the right, title and interest in the property; and any additional facts and documents supporting the petitioner's claim and the relief sought. Corporate persons may only file petitions if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the

hearing on the petition with a hearing on any other petition filed by a person other than the defendant named above. The petitioner may testify and present evidence and witnesses on his/her own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court for the Southern District of Ohio in Case No. 3:21-cr-061 at the following address:

>United States District Court
>702 Federal Building
>200 W. Second Street
>Dayton, Ohio 45402

Furthermore, you must serve the United States Department of Justice with your petition at the following address:

>Christina Mahy
>Assistant United States Attorney
>United States Attorney's Office
>600 Federal Building
>200 W. Second Street
>Dayton, Ohio 45402

**IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS NOTICE, YOUR RIGHT, TITLE AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES. THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE SUBJECT PROPERTY AND DISPOSE OF THE PROPERTY IN ACCORDANCE WITH THE LAW.**

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Ohio

200 West Second Street, Suite 600
Dayton, Ohio 45402

OFFICIAL BUSINESS

CERTIFIED MAIL



7021 1970 0000 8384 3937

Ryan Westendorf
▇▇▇ ▇▇ ▇▇
Troy, OH ▇▇▇▇▇

US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE — PITNEY BOWES
ZIP 45402  $ 008.34
02 4W
0001131791 MAR 22 2023

---

**U.S. Department of Justice**
United States Attorney's Office
Southern District of Ohio

200 West Second Street, Suite 600
Dayton, Ohio 45402

OFFICIAL BUSINESS

Ryan Westendorf
▇▇▇ ▇▇ ▇▇
Troy, OH ▇▇▇▇▇



US OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE — PITNEY BOWES
ZIP 45402  $ 000.84
02 4W
0001131791 MAR 22 2023

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ryan Westendorf

Troy, OH

9590 9402 6629 1028 6457 53

2. Article Number (Transfer from service label)

7021 1970 0000 8384 3937

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name): R W ESTENDORF
C. Date of Delivery: 4/3/23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt