# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | : | Case No. 3:21-cr-061 |
| *Plaintiff-Appellee* | : | |
| | : | Judge Rose |
| vs. | : | |
| | : | |
| William Hitchings, V, | : | |
| *Defendant-Appellant* | : | |

## NOTICE OF FILING OF EXHIBITS FOR APPEAL PURPOSES

Now comes the United States of America and hereby gives notice of filing of exhibits for review and consideration by the Sixth Circuit Court of Appeals in Case No. 23-3265, *United States of America v. William Hitchings, V*:

| **Exhibit No.** | **Description** | **Date Admitted** |
|---|---|---|
| Govt. Ex. 2 | Advice of Rights Form | December 8, 2021 |

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*/s/ Christina E. Mahy*
CHRISTINA E. MAHY
Assistant United States Attorney
200 West Second Street
Suite 602
Dayton, OH 45402
christina.mahy@usdoj.gov

## **CERTIFICATE OF COUNSEL**

I certify that the documents attached to and filed with this Notice are copies of the documents properly made a part of the record.

>                  */s/ Christina E. Mahy*
>                  CHRISTINA E. MAHY
>                  Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Notice of Filing of Exhibits was served upon counsel of record for all parties via CM/ECF, this 26th day of October, 2023.

>                  */s/ Christina E. Mahy*
>                  CHRISTINA E. MAHY
>                  Assistant United States Attorney

FD-395 (Rev. 11-5-02)

# FEDERAL BUREAU OF INVESTIGATION
## ADVICE OF RIGHTS

### LOCATION

Place: Troy PD   Date: 2/9/2026   Time: 6:44a

### YOUR RIGHTS

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during the questioning.

If you cannot afford a lawyer, one will be appointed for you before any questioning if you wish.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

### CONSENT

I have read this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

Signed: [signature]

### WITNESS

Witness: [signature]
Witness: [signature]
Time: 6:45am

003545