# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 26, 2024

Mr. Richard W. Nagel
Southern District of Ohio at Dayton
200 W. Second Street
Suite 712 Federal Building
Dayton, OH 45402-0000

> Re:  Case No. 23-3265, *USA v. William Hitchings, V*
> Originating Case No. 3:21-cr-00061-1

Dear Mr. Nagel:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
 for Antoinette Macon, Case Manager

cc:  Mr. Joseph A. Almeida
 Ms. Christina Elizabeth Mahy

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 23-3265

_____

Filed: April 26, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM SIDNEY HITCHINGS, V

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 04/04/2024 the mandate for this case hereby issues today.

COSTS:  None